**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| WILLIAM FRENCH, | ) | 3:13-cv-00209-HDM-WGC |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| CARSON CITY, BRIAN MENDOZA, JIMMY SURRATT, and DAVE RAMSEY, | ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Pursuant to the stipulation of the parties (#43), this action is hereby DISMISSED WITH PREJUDICE in its entirety, with each party to bear its own costs and attorney's fees.

**IT IS SO ORDERED.**

DATED: This 22nd day of January, 2016.

_____
UNITED STATES DISTRICT JUDGE